United States District Court
Southern District of Texas

**ENTERED**

October 05, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAIME BAUTISTA and LETICIA BAUTISTA, | § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 5:15-cv-246 |
| STATE FARM LLOYDS, | § § | |
| Defendant. | § | |

<u>FINAL JUDGMENT</u>

For the reasons stated in a Memorandum and Order of even date, the Court ORDERS that judgment be entered in favor of the Defendant and that Plaintiffs shall take nothing.  Court costs are assessed to the Plaintiffs.

This is a final judgment.

DONE at Laredo, Texas, this 4th day of October, 2016.

_____
George P. Kazen
Senior United States District Judge